**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWARD ESPINOZA,

Plaintiffs

v.

MASTER CARGO INC., et al.,

Defendants

Case No.: 2:26-cv-02525-APG-NJK

**Order**

The defendants removed this action from state court, and it was filed in the unofficial southern division of the court. But the events described in the complaint took place in Humboldt County, which is in this court's unofficial northern division. LR IA 1-6. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the defendants regarding any removal deadlines and filing fee.

Dated this 19th day of August, 2026.

ANDREW P. GORDON
Chief United States District Judge